State, 40 Tex.Cr.R. 395, 407, 49 S.W. 229, 50 S.W. 716; Dobbs v. State, 51 Tex.Cr. R. 629, 103 S.W. 918; Strickland v. State, 71 Tex.Cr.R. 582, 161 S.W. 110; Egbert v. State, 76 Tex.Cr.R. 663, 176 S.W. 560, 561; Guerrero v. State, 75 Tex.Cr.R. 558, 171 S.W. 731.

The record further shows that sometime after the commission of the offense appellant was arrested at Wichita, Kan. The sheriff of Ward county accompanied by one of his deputies went to Wichita to bring appellant back and while there they found Maxine Groves' car in which the robber fled from the scene of the offense.

No reversible error appearing in the record, the judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### COPE v. STATE.
No. 19166.

Court of Criminal Appeals of Texas.
Dec. 8, 1937.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception.

Appellant entered a plea of guilty to the offense charged.

No error having been perceived requiring discussion or justifying a reversal, the judgment of the trial court is affirmed.

### COPE v. STATE.
No. 19167.

Court of Criminal Appeals of Texas.
Dec. 8, 1937.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of cattle is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception.

Appellant entered a plea of guilty to the offense charged in the indictment.

No error having been perceived or pointed out, the judgment is affirmed.